


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8225 |
| v. | COMPLAINT FOR VIOLATION OF: |
| Hugo Luciano ESQUIVIAS-Castillo | Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Illegal Transportation of Aliens |
| Marcos Daniel RAMIREZ-Garcia | |
| Defendants. | |

The undersigned complainant, being duly sworn, states:

On or about March 12, 2008, within the Southern District of California, defendant's Hugo Luciano ESQUIVIAS-Castillo and Marcos Daniel RAMIREZ-Garcia, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Hector Eguit LOPEZ-Cruz, Francisco Javier CORREA-Bautista, and Ramon VASQUEZ- Gordillo had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached Statement of Facts, which, is incorporated herein by reference.

Richard Ramirez
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 13th DAY OF MARCH 2008.

Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA

v.

Hugo Luciano ESQUIVIAS-Castillo

Marcos Daniel RAMIREZ-Garcia

STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending agent's, Border Patrol Agent D. Carney and Canine Agent T. Delgado that on March 12, 2008, the defendant's Hugo Luciano ESQUIVIAS-Castillo and Marcos Daniel RAMIREZ-Garcia, natives and citizens of Mexico were apprehended near Calexico, California, as the driver and passenger of a 1998 Kenworth semi-truck bearing California license, 9D37895, and 1989 utility trailer bearing California license, 4AP4099, as they smuggled 19 undocumented aliens from Mexico in violation of 8 U.S.C. Section 1324.

On March 12, 2008, at approximately 12:15 a.m. a white semi-truck with a trailer approached the Highway 86 Border Patrol checkpoint. BPA Carney identified himself as a United States Border Patrol Agent and asked the driver and passenger later identified as Hugo Luciano ESQUIVIAS-Castillo (Driver) and Marcos Daniel RAMIREZ-Garcia (Passenger) to state their citizenship. Both stated they were citizen's of Mexico and provided valid DSP-150's and I-94's. BPA Carney noticed that ESQUIVIAS was nervous during the interview. When BPA Carney returned the documents to ESQUIVIAS, he nervously fumbled with the documents and his voice was giving out as he responded. BPA Carney was advised by BPA Delgado that his service canine Rambo-C alerted to the rear of the trailer. BPA Carney asked ESQUIVIAS for permission to search the semi-truck and trailer. ESQUIVIAS gave consent and pulled into secondary.

During the inspection, BPA Delgado observed numerous subjects through the inventory door inside the rear cargo area of the trailer. Once BPA Delgado gained access to the rear of the trailer, he discovered 19 subjects attempting to conceal themselves within the cargo.

ESQUIVIAS and RAMIREZ were then taken into custody. All 19 subjects were interviewed and it was determined they were illegally present in the United States.

The driver, Hugo ESQUIVIAS-Castillo, stated on the evening of March 11, 2008, he was dropped off on Cole Rd. in Calexico, California. ESQUIVIAS stated there was a semi-trailer ready to be driven. He checked the seal, bill and lading prior to driving off. ESQUIVIAS stated he was not sure what the trailer contained but believed it was fresh produce. ESQUIVIAS stated he was to deliver the trailer to Moorpark, California, and he had no knowledge of the illegal aliens hidden in the trailer.

The passenger Marcos Daniel RAMIREZ-Garcia stated he was picked up at Murenaca Farms in Calexico, California, by ESQUIVIAS. RAMIREZ stated they traveled directly to the checkpoint. RAMIREZ stated he was riding along with ESQUIVIAS and he believed the trailer contained some sort of fresh produce. RAMIREZ stated they were to deliver the cargo to Moorpark, California. RAMIREZ stated he had no knowledge of the illegal aliens concealed in the trailer.

Material Witness Hector Eguit LOPEZ-Cruz stated, he entered the United States illegally by crossing the border near Calexico, California. LOPEZ stated he was later approached in town by a subject named Roger and made arrangements to be smuggled to Los Angeles, California for $1500.00. LOPEZ stated he was taken to a motel in Calexico and waited for a day until he was taken to a rural area with four other subjects. LOPEZ stated while they were waiting to be picked up, a white pick-up truck dropped off more subjects. LOPEZ stated when the semi trailer arrived, they boarded the trailer and there was at least five subjects already inside. LOPEZ stated he could not identify the driver.

Material Witness Francisco Javier CORREA-Bautista stated he entered the United States illegally on March 11, 2008, by climbing over the International Boundary Fence, near the Calexico, California Port of Entry. CORREA stated following his illegal entry, he hid on top of a house until he was picked up by an unknown woman and taken to a house at an unknown location. CORREA stated he remained at the house along with other subjects for a day until they were taken to a rural area and boarded a semi-trailer. CORREA stated there were subjects inside

the trailer when he boarded. CORREA stated he was to pay $2,000.00 once smuggled to Los Angeles, California. CORREA stated he could not identify the driver.

Material Witness Ramon VASQUEZ-Gordillo, stated he entered the United States illegally on March 11, 2008 by climbing over the International Boundary Fence near, the Calexico, California Port of Entry. VASQUEZ stated he walked into a store and was later approached by an unknown subject. VASQUEZ stated he was taken to a house where he spent the night. He was taken along with others to an empty lot where he boarded a semi-trailer. VASQUEZ stated when he boarded the semi-trailer there were numerous subjects inside the trailer. VASQUEZ stated he was to pay $2,500.00 to be smuggled to Florida, California. VASQUEZ stated he could not identify the driver.

The complainant states that the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
| --- | --- |
| Hector Eguit LOPEZ-Cruz | Mexico |
| Francisco Javier CORREA-Bautista | Mexico |
| Ramon VASQUEZ-Gordillo | Mexico |

Further, complainant states that Hector Eguit LOPEZ-Cruz, Francisco Javier CORREA-Bautista and Ramon VASQUEZ-Gordillo are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.