08 MAR 26 PM 3:17

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0891 JM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., |
| HUGO LUCIANO ESQUIVIAS-CASTILLO | ) | Secs. 1324(a)(1)(A)(ii) – Transportation of Illegal Aliens |
| Defendant. | ) | |

The grand jury charges:

## Count 1

On or about March 12, 2008, within the Southern District of California, defendant HUGO LUCIANO ESQUIVIAS-CASTILLO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hector Eguit Lopez-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

//

//

//

CPH:fer:Imperial
3/25/08

Count 2

On or about March 12, 2008, within the Southern District of California, defendant HUGO LUCIANO ESQUIVIAS-CASTILLO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Javier Correa-Bautista, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

Count 3

On or about March 12, 2008, within the Southern District of California, defendant HUGO LUCIANO ESQUIVIAS-CASTILLO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ramon Vasquez-Gordillo, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

DATED: March 26, 2008.

A ~~TRUE~~ BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney