```
 1  PEDRO S. BONILLA, SBN.: 127587
    LAW OFFICE OF PEDRO S. BONILLA
 2  2417 MARSHALL AVE., SUITE 3
 3  IMPERIAL, CA 92251
    TELEPHONE: (760) 355-3300
 4  FACSIMILE:  (760) 355-3305
 5
    Attorney for Defendant
 6
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | COURT CASE NO.: 08-MJ-8225 |
|---|---|---|
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEY |
| v. | ) | |
| Hugo Esquiviaz, | ) | |
| Defendant. | ) | |

    I, Hugo Esquiviaz, hereby substitute the Law Office of Pedro S. Bonilla in the case on file herein.

    My current attorney of record, Steven D. Lemish, telephone number (619)444-5525, is thus relieved of any and all further responsibility for my representation, including, without limitation, trial and appeal.

Dated: 3-27-08

_Hugo Esquivias C._
Hugo Esquiviaz, Defendant

1

1  I ACCEPT THE ABOVE SUBSTITUTION:
2
3
4  Dated: 3-31-08
5                                              *(signature)*
                                               Pedro S. Bonilla
6  I CONSENT TO THE ABOVE SUBSTITUTION:
7
8  Dated: 3-31-08
9
                                               *(signature)*
10                                             Stephen D. Lemish
11 IT IS SO ORDERED:
12
13 Dated: _____
14
15                                             _____
                                               UNITED STATES MAGISTRATE

2