```
 1  Mayfield & Associates - Attorneys at Law
    Gayle Mayfield-Venieris, Esq., Bar No. 149296
 2  Melissa L. Bustarde, Esq. Bar. No. 239062
    Christopher Y. Lock, Esq., Bar No. 246815
 3  462 Stevens Avenue, Suite 303
    Solana Beach, CA 92075-2066
 4  Tel: (858) 793-8090
    Fax: (858) 793-8099
 5

 6  Attorneys for: Material Witnesses HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA,

 7  AND RAMON VASQUEZ-GORDILLO

 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUGO ESQUIVIAS-CASTILLO,<br><br>    Defendant. | Criminal Case No. 08 cr 0891-JM<br>Mag. Docket No.   08 mj 8225<br><br>**PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |

I, Christopher Lock, declare as follows:

1.  I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2.  On April 3, 2008, electronic copies of the following document were electronically served on the following parties in Case No. 08 mj 8225/08 cr 0891-JM:

- **Application for an Order Shortening Time;**
- **Notice of Motion and Motion for Video Deposition of Material Witnesses; and**
- **Points and Authorities in Support of Motion for Video Deposition.**

| | |
|---|---|
| Steven DeSalvo, A.U.S.A | Pedro S. Bonilla, Esq. |
| Efile.dkt.gc2@usdoj.gov | bonillaw@sbcglobal.net |

1
2
3   I declare under penalty of perjury under the laws of the United States, State of California
4   that the foregoing is true and correct and that this declaration was executed on April 3, 2008.
5
6
7                                                          Christopher Lock
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066