Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witnesses HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, AND RAMN VASQUEZ-GORDILLO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUGO ESQUIVIAS-CASTILLO,<br><br>    Defendant. | Criminal Case No. 08 cr 0891-JM<br>Mag. Docket No.   08 mj 8225<br><br>**NOTICE OF MOTION AND MOTION FOR VIDEO DEPOSITION AND RELEASE OF MATERIAL WITNESSES HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO**<br><br>JUDGE:   Hon. Peter C. Lewis<br>CRTRM:<br><br>DATE: April 16, 2008<br>TIME:   10:30 a.m. |

TO KAREN P. HEWITT, UNITED STATES ATTORNEY, STEVEN DESALVO, ASSISTANT UNITED STATES ATTORNEY, AND PEDRO S. BONILLA, COUNSEL FOR DEFENDANT HUGO ESQUIVAS-CASTILLO.

**PLEASE TAKE NOTICE** that on **April 16, 2008**, at **10:30 a.m.**, Gayle Mayfield-Venieris, counsel for the material witnesses HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO, will move this Court for an order to take the video deposition of the material witnesses, and for their immediate release.

///

**1 of 2**

United States v. Esquivias-Castillo  (08 mj 8225)(08 cr 0891-JM)
Notice of Motion & Motion for Video Deposition and Release of Material Witnesses

## MOTION

Material witnesses HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO, through their counsel, Gayle Mayfield-Venieris, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C. §§ 3142 and 3144, hereby move this Court for an order to take their deposition by videotape and release them at the conclusion of the deposition.

This Motion is based on this Notice and the Memorandum of Points and Authorities attached and filed herewith, the records of the above-entitled case, and all matters submitted to the Court prior to the determination of this Motion.

Dated: April 2, 2008                                        Mayfield & Associates

By: /s/ Gayle Mayfield-Venieris
Gayle Mayfield-Venieris, Esq.
Attorney for Material Witnesses
HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

**2 of 2**

United States v. Esquivias-Castillo  (08 mj 8225)(08 cr 0891-JM)
Notice of Motion & Motion for Video Deposition and Release of Material Witnesses