1  PEDRO S. BONILLA, SBN.: 127587
2  LAW OFFICE OF PEDRO S. BONILLA
   2417 MARSHALL AVE., SUITE 3
3  IMPERIAL, CA 92251
   TELEPHONE: (760) 355-3300
4  FACSIMILE:   (760) 355-3305

5  Attorney for Defendant

6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 United States of America,        )    COURT CASE NO.: 08-MJ-8225
                                    )
13                  Plaintiff,      )    SUBSTITUTION OF ATTORNEY
                                    )
14 v.                               )
                                    )
15 Hugo Esquivias,                  )
                                    )
16 _____Defendant.____)

17     I,  Hugo Esquivias, hereby substitute the Law Office of Pedro S. Bonilla in the case on
18
19 file herein.

20     My current attorney of record, Steven D. Lemish, telephone number (619)444-5525, is
21
22 thus relieved of any and all further responsibility for my representation, including, without
23 limitation, trial and appeal.

24

25 Dated: 3-27-08                                    /s/Hugo Esquivias C.
                                                     Hugo Esquivias, Defendant
26

27

28
                                        1

I ACCEPT THE ABOVE SUBSTITUTION:

Dated:  3-31-08                               /s/Pedro S. Bonilla
                                                              Pedro S. Bonilla

I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: 3-31-08                                /s/Stephen D. Lemish
                                                              Stephen D. Lemish

**IT IS SO ORDERED:**

DATED:  April 3, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge