1 | PEDRO S. BONILLA, SBN.: 127587
2 | LAW OFFICE OF PEDRO S. BONILLA
2417 MARSHALL AVE., SUITE 3
3 | IMPERIAL, CA 92251
TELEPHONE: (760) 355-3300
4 | FACSIMILE:   (760) 355-3305

5 | Attorney for Defendant



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | COURT CASE NO.: 08-MJ-8225 |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| v. | ) | |
| Luciano | ) | |
| Hugo Esquiviaz, Castillo | ) | |
| | ) | |
| Defendant. | ) | |

   I, Hugo Esquiviaz, hereby substitute the Law Office of Pedro S. Bonilla in the case on file herein.

   My current attorney of record, Steven D. Lemish, telephone number (619)444-5525, is thus relieved of any and all further responsibility for my representation, including, without limitation, trial and appeal.

Dated: 3-27-08

Hugo Esquivias C.
Hugo Esquiviaz, Defendant

1

1 I ACCEPT THE ABOVE SUBSTITUTION:
2
3
  Dated: 3-31-08
4
5                                                          _____
6 I CONSENT TO THE ABOVE SUBSTITUTION:                     Pedro S. Bonilla
7
8 Dated: 3-31-08
9
10
11 IT IS SO ORDERED:                                       _____
                                                           Stephen D. Lemish
12
13 Dated: 4-1-08
14
                                                           _____
                                                           UNITED STATES MAGISTRATE

2