|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... | ... |

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO EQUIVIAS-CASTILLO,<br><br>Defendant. | Criminal Case No. 08 cr 0891-JM<br>Mag. Docket No.  08 mj 8225<br><br>**ORDER SHORTENING TIME TO HEAR MATERIAL WITNESSES HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:  Hon. Peter C. Lewis<br><br>DATE: April 16, 2008<br>TIME:  10:30 a.m. |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witnesses HECTOR LOPEZ-CRUZ ("LOPEZ"), FRANCISCO COREA-BAUTISTA ("CORREA"), and RAMON VASQUEZ-GORDILLO ("VASQUEZ")'s request for an Order Shortening Time to hear their Motion for Video Deposition and Release.

///
///
///
///
///

**1 of 2**

United States v. Esquivias (08 mj 8225) / (08 cr 0891-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

The hearing for the Motion for Video Deposition and Release of the material witnesses LOPEZ, CORREA, and VASQUEZ will come before this Court on April 16, 2008 at 10:30 a.m. Appearing for the material witnesses their attorney Melissa Bustarde, Esq., John Weis, Assistant United States Attorney, and Pedro S. Bonilla, Esq. for Defendant Hugo Esquivias-Castillo..

**IT IS SO ORDERED**.

Dated: April 14, 2008

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

**2 of 2**

United States v. Esquivias (08 mj 8225) / (08 cr 0891-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition