Pedro S. Bonilla, SBN.: 127587
Law Office of Pedro S. Bonilla
2417 Marshall Ave., Ste3
Imperial, CA 92251
Telephone: (760) 355-3300
Facsimile:  (760) 355-3305

Attorney for Defendant Hugo Luciano Esquivias-Castillo

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER )

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  08-cr-891 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO SHORTEN TIME AND** |
| v. | ) | **ORDER THEREON** |
| | ) | |
| HUGO LUCIANO ESQUIVIAS-CASTILLO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time for DEFENDANT'S **NOTICE OF MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS** to Nine (9) days, to be heard APRIL 25, 2008 at 11:00 a.m., or as SOON thereafter as counsel may be heard.

This motion is supported by the attached declaration of counsel.

Respectfully submitted,

/s/ Pedro S. Bonilla

Dated: April 13, 2008

Attorney for Defendant
Hugo Luciano Esquiviaz-Castillo