Pedro S. Bonilla, SBN: 127587
Law Office of Pedro S. Bonilla
2417 Marshall Ave., Ste3
Imperial, CA 92251
Telephone: (760) 355-3300
Facsimile:  (760)355-3305

Attorney for Defendant
Hugo Luciano Esquivias-Castillo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER )

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.  08-cr-891 |
| Plaintiff, ) | |
| v. ) | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SHORTEN TIME AND ORDER THEREON |
| HUGO LUCIANO ESQUIVIAS-CASTILLO, ) | |
| Defendant. ) | |

I, PEDRO S. BONILLA, hereby declare and state under penalty of perjury under the laws of the State of California:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Southern District of California.

2. I was retained by Hugo Luciano Esquivias-Castillo to represent him in the present criminal litigation.

3. Mr. Esquivia's next court date is April 25, 2008 at 11:00 a.m. for a motion hearing. Motions were due to be filed with this court on April 11, 2008.

4. On April 10, 2008, my motion to substitute in as attorney of record for Mr. Hugo Luciano Esquivias was signed by this court. The delay was partly my fault in that our office was not up to speed with the court's new online filing procedures. My office is getting training on April 17, 2008. Unfortunately, its has caused me not to be up to speed in getting motions filed by the appropriate date.

5. For the last month, I have also been extremely busy working on several cases, one at which was in trial.

I therefore respectfully request that the attached motions be filed late.

April 14, 2008

/s/Pedro S. Bonilla
Attorney for Defendant
Hugo Luciano Esquivias-Castillo