1 | Pedro S. Bonilla, SBN: 127587
Law Office of Pedro S. Bonilla
2 | 2417 Marshall Ave., Ste3
Imperial, CA 92251
3 | Telephone: (760) 355-3300
Facsimile: (760)355-3305
4
Attorney for Defendant
5 | Hugo Luciano Esquivias-Castillo

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                       (HON. JEFFREY T. MILLER )

10 | UNITED STATES OF AMERICA,       )    Criminal No. 08-cr-891
                                     )
11 |       Plaintiff,                )
                                     )
12 | v.                              )
                                     )    ORDER
13 | HUGO LUCIANO ESQUIVIAS-CASTILLO,)
                                     )
14 |       Defendant.                )
                                     )
15 |_____)

16        IT IS HEREBY ORDERED that time for hearing the matter for DEFENDANT'S MOTIONS is
17 shorten to nine (9) days, to be heard April 25, 2008 at 11:00 a.m or as soon thereafter as counsel may be
18 heard.

19

20        SO ORDERED

21

22 Dated: _____

23
                              _____
                              HONORABLE JEFFREY T. MILLER
24                            UNITED STATES DISTRICT COURT JUDGE

25

26

27

28