UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>HUGO LUCIANO ESQUIVIAS-CASTILLO,<br><br>              Defendants. | Case No. 08cr891 JM<br><br>ORDER ON MOTION TO SHORTEN TIME [Docket No. 17] |

    IT IS HEREBY ORDERED that the time for hearing the matter for Defendant's motions is shortened to nine (9) days, to be heard April 25, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard.

    IT IS SO ORDERED.

DATED: April 18, 2008

                                      Hon. Jeffrey T. Miller
                                      United States District Judge