```
 1  Mayfield & Associates - Attorneys at Law
    Gayle Mayfield-Venieris, Esq., Bar No. 149296
 2  mayfield@mayfield-law.com
    Melissa L. Bustarde, Esq., Bar. No. 239062
 3  bustarde@mayfield-law.com
    Christopher Y. Lock, Esq., Bar. No. 246815
 4  lock@mayfield-law.com
    462 Stevens Avenue, Suite 303
 5  Solana Beach, CA 92075-2066
    Tel: (858) 793-8090; Fax: (858) 793-8099
 6
    Attorneys for: Material Witnesses HECTOR LOPEZ-CRUZ, FRANCISCO COREA-BAUTISTA, and
 7  RAMON VASQUEZ-GORDILLO
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUGO ESQUIVIAS-CASTILLO<br><br>    Defendant. | Criminal Case No. 08 cr 0891-JM<br>Mag. Docket No. 08 mj 8225<br><br>**STIPULATION FOR THE VIDEO DEPOSITION AND RELEASE OF MATERIAL WITNESSES HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, AND RAMON VASQUEZ-GORDILLO**<br><br>Date:   Wednesday, 4/30/2008<br>Time:  9:30 a.m. |
|---|---|

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the video deposition of the material witnesses, HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO will occur Wednesday, April 30, 2008, at 9:30 a.m.

The depositions will take place in the office of the United States Attorneys Office located at 880 Front Street, Fifth Floor, San Diego, California.

1 of 2
United States v. Hugo Esquivias-Castillo (08 mj 8225)
Stipulation to Video Deposition and Release

To the extent the procedures set forth herein for the videotaping vary from those set forth in Rules 28 and 30, F.R.Civ.P., these variation are by stipulation of the parties involved, as allowed by F.R.Civ.P. 29. The office of Assistant United States Attorney, Steven DeSalvo will arrange for the conference room, interpreter, court reporter and video operator for the depositions.

After the deposition is concluded, all parties hereby further stipulate to the release of the material witnesses into the custody of the Department of Homeland Security for their return to their country of origin.

IT IS SO STIPULATED.

Dated: 4/17, 2008

_____
Steven DeSalvo, A.U.S.A.
Attorney for Plaintiff

Dated: _____, 2008

_____
Pedro Bonilla, Esq.
Attorney for Defendant
HUGO ESQUIVIAS-CASTILLO

Dated: 4/18, 2008

_____ for
Gayle Mayfield-Venieris, Esq.
Attorney for Material Witnesses
HECTOR LOPEZ-CRUz, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 503
SOLANA BEACH, CA 92075-2066

2 of 2
United States v. Hugo Esquivias-Castillo (08 mj 8225)
Stipulation to Video Deposition and Release

1  To the extent the procedures set forth herein for the videotaping vary from those set forth
2  in Rules 28 and 30, F.R.Civ.P., these variation are by stipulation of the parties involved, as
3  allowed by F.R.Civ.P. 29. The office of Assistant United States Attorney, Steven DeSalvo will
4  
5  arrange for the conference room, interpreter, court reporter and video operator for the
6  depositions.
7  After the deposition is concluded, all parties hereby further stipulate to the release of the
8  material witnesses into the custody of the Department of Homeland Security for their return to
9  their country of origin.
10 
11 IT IS SO STIPULATED.

Dated: _____, 2008

_____
Steven DeSalvo, A.U.S.A.
Attorney for Plaintiff

Dated: 4-14, 2008

_____
Pedro Bonilla, Esq.
Attorney for Defendant
HUGO ESQUIVIAS-CASTILLO

Dated: _____, 2008

_____
Gayle Mayfield-Venieris, Esq.
Attorney for Material Witnesses
HECTOR LOPEZ-CRUZ, FRANCISCO CORREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 305
SOLANA BEACH, CA 92075-2066

2 of 2
United States v. Hugo Esquivias-Castillo (08 mj 8225)
Stipulation to Video Deposition and Release