| | |
|---|---|
| 1 | **Mayfield & Associates - Attorneys at Law** |
| | Gayle Mayfield-Venieris, Esq., Bar No. 149296 |
| 2 | mayfield@mayfield-law.com |
| | Melissa L. Bustarde, Esq., Bar. No. 239062 |
| 3 | bustarde@mayfield-law.com |
| | Christopher Y. Lock, Esq., Bar. No. 246815 |
| 4 | lock@mayfield-law.com |
| | 462 Stevens Avenue, Suite 303 |
| 5 | Solana Beach, CA 92075-2066 |
| | Tel: (858) 793-8090; Fax: (858) 793-8099 |
| 6 | |
| 7 | Attorneys for: Material Witnesses HECTOR LOPEZ-CRUZ, FRANCISCO COREA-BAUTISTA, and RAMON VASQUEZ-GORDILLO |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 0891-JM |
| Plaintiff, | Mag. Docket No.  08 mj 8225 |
| v. | **PROOF OF SERVICE VIA E-FILE** |
| HUGO ESQUIVIAS-CASTILLO, | **[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| Defendant. | |

I, Christopher Lock, declare as follows:

1.      I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2.      On April 18, 2008, electronic copies of the following document were electronically served on the following parties in Case No. 08 mj 8225/08 cr 0891-JM:

- **Stipulation for the Video Deposition and Release of Material Witnesses**

| | |
|---|---|
| Stephen DeSalvo, A.U.S.A | Pedro Bonilla, Esq. |
| Efile.dkt.gc2@usdoj.gov | bonillaw@sbcglobal.net |

1  I declare under penalty of perjury under the laws of the United States, State of California
2  that the foregoing is true and correct and that this declaration was executed on April 18, 2008.

*Christopher Lock*